**SARA M. PELOQUIN**
California State Bar No.  Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Gonzalez-Vasquez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj0341 |
| Plaintiff, | |
| v. | |
| **CARMELO GONZALEZ-VASQUEZ,** | **NOTICE OF APPEARANCE** |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 11, 2008         /s/   *Sara Peloquin*
                                 **SARA M. PELOQUIN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Gonzalez-Vasquez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 11, 2008　　　　　　　　　　/s/ *Sara Peloquin*
　　　　　　　　　　　　　　　　　　　　　　**SARA M. PELOQUIN**
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101-5030
　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　Sara_Peloquin@fd.org