AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CARMELO GONZALEZ-VASQUEZ | CASE NUMBER: 08CR664-BTM |

I, <u>CARMELO GONZALEZ-VASQUEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___MARCH 6, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

X _Carmelo Gonzalez_
Defendant

_Sara Peloquin_
Counsel for Defendant

Before _____
JUDICIAL OFFICER