AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CARMELO GONZALEZ-VASQUEZ | CASE NUMBER: 08CR0664-BTM |

I, <u>CARMELO GONZALEZ-VASQUEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  JUNE 20, 2008  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*X Carmelo Gonzalez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER